## 12338.   KEATON v. THE STATE.

By withdrawal of the instruct'ons alleged to be erroneous, and the giving of instructions in lieu of them, of which there is no complaint, the court cured the error if any was made.

DECIDED JUNE 14, 1921.

Indictment for larceny of cow; from Baker superior court — Judge Wilson. December 31, 1920.

*W. I. Geer, E. E. Cox,* for plaintiff in error.

*B. C. Gardner, solicitor-general,* contra.

BLOODWORTH, J. In the brief of counsel for the plaintiff in error it is stated that "the only question in this case demanding consideration is the exception to the charge of the court herein quoted." Granting that the excerpt from the charge of which complaint is made is erroneous, the record shows that the jury was recalled before they had an opportunity to consider the case, the instructions alleged to be erroneous withdrawn, and in lieu thereof instructions given of which no complaint is made. The error, if any was made, was cured. *Dotson* v. *State,* 136 *Ga.* 244 (4) (71 S. E. 164) ; *Rawlins* v. *State,* 124 *Ga.* 33 (13) (52 S. E. 1). *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*